**Order entered October 3, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00066-CR

**CRAIG DICKEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F06-99720-L**

## ORDER

The Court **REINSTATES** the appeal.

On July 31, 2014, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the finding that the trial court granted appellant an agreed motion for new trial and the new trial remains pending. We will dispose of the appeal in due course.

/s/    LANA MYERS
        JUSTICE